UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

RICHARDSON NEPTUNE,

      Petitioner,

        v.                        CAUSE NO. 3:26-CV-418-CCB-SJF

WARDEN,

      Respondent.

## ORDER

Immigration detainee Richardson Neptune, representing himself, was granted until May 13, 2026, to file an amended habeas petition because the initial habeas petition did not state a claim upon which relief could be granted. ECF 4. He was cautioned that, if he did not respond by that deadline, this case would be dismissed without further notice. *Id.* That date has passed, and Neptune has not filed a response. In sum, it appears that Neptune has abandoned this case.

For these reasons, the court **DISMISSES** this case.

SO ORDERED on May 27, 2026.

                    /s/ *Cristal C. Brisco*
                    CRISTAL C. BRISCO, JUDGE
                    UNITED STATES DISTRICT COURT